**Electronically Filed
Supreme Court
SCWC-19-0000065
19-JAN-2024
01:40 PM
Dkt. 5 ODSAC**

SCWC-19-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST INC., MORTGAGE-BACKED NOTES, SERIES 2005-11,
Respondent/Plaintiff-Appellee,

vs.

HOWARD E. GREENBERG; DENISE C. GREENBERG,
Petitioners/Defendants-Appellants,

and

WELLS FARGO BANK, N.A.; KE ALIʻI KAI ASSOCIATION, INC.,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000065; CIVIL NO. 16-1-0554(1))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

It appearing that the judgment on appeal in the above-referenced matter has not been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioners' application for writ of certiorari, filed December 15, 2023, is dismissed.

DATED: Honolulu, Hawaiʻi, January 19, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens